# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 15-2230     **Short Title:** Sig Sauer v. ATF

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
ATF _____ as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

s/ Abby C. Wright                         October 27, 2015
Signature                                 Date

Abby C. Wright
Name

U.S. Department of Justice                202-514-0664
Firm Name (if applicable)                 Telephone Number

950 Pennsylvania Ave. NW                  202-514-8151
Address                                   Fax Number

Washington, D.C. 20530                    abby.wright@usdoj.gov
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1137303

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).