# United States Court of Appeals
## For the First Circuit

No. 15-2230

SIG SAUER, INC.

Plaintiff - Appellant

v.

US BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Defendant - Appellee

**NOTICE**

Issued: November 19, 2015

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for an appellate ECF account.

The following attorneys have failed to register for an appellate ECF account and will no longer receive notice in this case:

William Ryan

The following attorneys will continue to receive notice in this case:

Seth R. Aframe
Stephen P. Halbrook
T. David Plourde
Mark C. Rouvalis
Kenton J. Villano
Abby Christine Wright

Please note that any attorney who has been removed from the service list and later wishes to resume receiving notice must register for an appellate ECF account and enter a notice of appearance in this case.

Margaret Carter, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Adam Sparrow - (617) 748-9060


cc:
Seth R. Aframe
Stephen P. Halbrook
T. David Plourde
Mark C. Rouvalis
William Ryan
Kenton J. Villano
Abby Christine Wright