IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

|  |  |  |
|---|---|---|
| SIG SAUER, INC., | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | No. 15-2230 |
| | ) | |
| THOMAS E. BRANDON, Deputy Director Bureau of Alcohol, Tobacco, Firearms, and Explosives, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

**UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME
TO FILE BRIEF FOR APPELLEE**

Defendant-appellee hereby moves for an extension of 14 days, to and including January 20, 2016, in which to file its brief in the above-captioned case. In support of this motion, defendant states the following:

1. This case concerns a challenge to the government's determination that the firearm component manufactured by plaintiff is a silencer under the National Firearms Act. Plaintiff's opening brief in this case was filed on December 7, 2015.

2. The government's response brief is currently due on January 6, 2015. No previous extensions of time have been sought or granted.

3. The requested extension is necessary in light of the press of other litigation matters and prearranged holiday travel. Primary responsibility for the preparation of the government's brief is assigned to Abby Wright. In addition to preparing the

appellee's brief in this case, Ms. Wright is assigned to *Florida Health Sciences v. Burwell*, No. 15-5163 (D.C. Cir.) (response brief due December 14, 2015), and *Perry Capital v. Lew*, Nos. 14-5243, 14-5254, 14-5260, 14-5262 (D.C. Cir.) (response brief due December 21, 2015). In addition Ms. Wright will be traveling with her family from December 24, 2015, to January 1, 2016. An extension of 14 days will allow adequate time for Ms. Wright to prepare the government's response.

4. Plaintiff's counsel has stated that it consents to this motion.

## CONCLUSION

For the foregoing reasons, the time for filing the appellee's brief should be extended by 14 days, to and including January 20, 2016.

Respectfully submitted,

MICHAEL S. RAAN
 (202) 514-4053

  s/ Abby C. Wright
ABBY C. WRIGHT
 (202) 514-0664
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7252
Washington, D.C.  20530

DECEMBER 2015

# CERTIFICATE OF SERVICE

I certify that on December 9, 2015, I filed and served the foregoing Motion with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

                                                      s/ Abby C. Wright
                                                       ABBY C. WRIGHT