# United States Court of Appeals
## For the First Circuit

No. 15-2230

SIG SAUER, INC.

Plaintiff - Appellant

v.

US BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Defendant - Appellee

**ORDER OF COURT**

Entered: December 9, 2015
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of motion, it is ordered that the time for Appellee Thomas E. Brandon to file a brief be enlarged to and including **January 20, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Seth R. Aframe
Stephen P. Halbrook
T. David Plourde
Mark C. Rouvalis
Kenton J. Villano
Abby Christine Wright