# United States Court of Appeals
## For the First Circuit

**Designation of Attorney Presenting Oral Argument**

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 15-2230

Case Name: Sig Sauer v. Brandon

Date of Argument: April 4, 2016

Location of Argument: ✓ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Thomas E. Brandon, Appellee

Attorney Name: Abby C. Wright      First Circuit Bar No.: 1137303
Phone Number: 202-514-0664          Fax Number: 202-514-8151
Email: abby.wright@usdoj.gov

Check the box that applies:

✓ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

s/ Abby C. Wright                    March 3, 2016
(Signature)                          (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.