# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 15-2230

Case Name: Sig Sauer, Inc. v. Thomas E. Brandon

Date of Argument: April 4, 2016

Location of Argument: [✔] Boston  [ ] Puerto Rico  [ ] Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Sig Sauer, Inc., Plaintiff - Appellant

Attorney Name: Stephen P. Halbrook    First Circuit Bar No.: 74855

Phone Number: (703) (352-7276    Fax Number: (703) 359-0938

Email: protell@aol.com

Check the box that applies:

[✔] I have already filed an appearance in this matter.

[ ] I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_(Signature)_          March 10, 2016
                                            (Date)

PLEASE NOTE: Only arguing counsel will be notified by phone when the opinion is released.