# United States Court of Appeals
## For the First Circuit

No. 15-2230

SIG SAUER, INC.,

Plaintiff, Appellant,

v.

THOMAS E. BRANDON, Acting Director, United States Bureau of Alcohol, Tobacco, Firearms, and Explosives,

Defendant, Appellee.

**JUDGMENT**

Entered: June 21, 2016

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Mark C. Rouvalis
Stephen P. Halbrook
Kenton J. Villano
T. David Plourde
Seth R. Aframe
Abby Christine Wright