# United States Court of Appeals
## For the First Circuit

No. 15-2230

SIG SAUER, INC.

Plaintiff - Appellant

v.

THOMAS E. BRANDON, Acting Director, US Bureau of Alcohol, Tobacco, Firearms and Explosives

Defendant - Appellee

**MANDATE**

Entered: August 15, 2016

In accordance with the judgment of June 21, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Seth R. Aframe
Stephen P. Halbrook
T. David Plourde
Mark C. Rouvalis
Kenton J. Villano
Abby Christine Wright